IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD PIAZZA | : |
| Plaintiff, | : |
| V. | : ( Judge Conaboy) |
| COUNTY OF LUZERNE and ROBERT LAWTON, | : 3:13-CV-1755 |
| | : |
| Defendants'. | : |

FILED
SCRANTON
JAN 2 3 2017
Per _____
DEPUTY CLERK

ORDER

AND NOW, this 23rd day of Januray, 2017, discovery having been completed and all case dispositve motions having been decided, It Is Hereby Ordered and Decreed as Follows:

1. The Clerk of Court is directed to transfer this case to another judicial officer of this Court for trial.

BY THE COURT:

Richard P. Conaboy
United States District Judge